**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **TEJAS RESEARCH, LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**VIVID ENTERTAINMENT, LLC,** *et al.*,<br><br>                    Defendants. | Civil Action No. 6:12-cv-00296<br>(Lead Case)<br>`6:12cv301`<br>**CONSOLIDATED** |

## ORDER OF DISMISSAL

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with prejudice of all claims by plaintiff Tejas research, LLC, and without prejudice of all counterclaims by defendants Getty Images (US), Inc. and iStockPhoto LP in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff Tejas Research, LLC are hereby dismissed with prejudice, and all counterclaims by defendants Getty Images (US), Inc. and iStockPhoto LP are dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 16th day of January, 2013.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**